THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J. DALY, Respondent, *v.* JAMES A. HENDERSON, as Superintendent of Buildings of the Borough of The Bronx, Appellant.

*People ex rel. Daly* v. *Henderson*, 148 App. Div. 225, affirmed. (Argued February 14, 1912; decided March 5, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 9, 1912, which reversed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendant to reinstate the relator in the position of inspector of carpentry and masonry in the bureau of buildings for the borough of The Bronx, city of New York.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* and *Clarence L. Barber* of counsel), for appellant.

*James T. Brady* for respondent.

Order affirmed on opinion of DOWLING, J., below.

Concur : CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.